IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JASON TREVON WHARTON,

    Petitioner,

v.                                           Case No. 1:25-cv-337-AW-MJF

RICKY DIXON,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Jason Trevon Wharton filed a § 2254 petition for writ of habeas corpus. The magistrate judge recommends dismissal for lack of jurisdiction because the petition is a second or successive petition. ECF No. 5. In response, Wharton acknowledges his is a successive petition; his claim is that there is newly discovered evidence. ECF No. 8. Even if there is, though, this court lacks jurisdiction unless Wharton obtains authorization from the Circuit Court to proceed.

Wharton acknowledges this court lacks jurisdiction. He nonetheless asks the court to stay the case while he seeks authority to proceed. But he offers no authority under which this court could stay a matter over which it has no jurisdiction. The court must dismiss. Because the dismissal is for lack of jurisdiction, it will be without prejudice.

Having considered the matter de novo, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment

1

that says, "The § 2254 petition is dismissed without prejudice for lack of jurisdiction." The clerk will then close the file.

SO ORDERED on November 17, 2025.

                                                                                    s/ *Allen Winsor*
                                                                                   Chief United States District Judge